UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT BROCK, | |
| Plaintiff, | |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| SYNDICATED OFFICE SYSTEMS, INC. D/B/A CENTRAL FINANCIAL CONTROL | |
| Defendant. | |

ROBERT BROCK ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against SYNDICATED OFFICE SYSTEMS, INC. D/B/A CENTRAL FINANCIAL CONTROL, ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Georgia, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

**PARTIES**

6. Plaintiff is a natural person residing in Stone Mountain, DeKalb County, Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency located in Anaheim, California.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

**FACTUAL ALLEGATIONS**

11. As early as February 15, 2011, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged debt originally to Atlanta Medical Center for medical treatment. Plaintiff disputes that he owed this alleged debt.

12. Defendant called Plaintiff's personal cell phone at 678-478-8575 from 800-300-7192.

13. On January 27, 2011, February 7, 2011 and June 15, 2011, Plaintiff sent letters to Defendant, via certified mail and via fax, disputing the alleged debt and asking Defendant to cease its collection attempts against him. *See* Exhibit A – Cease and Desist Letters.

14. In a letter dated June 24, 2011, Defendant acknowledged receipt of Plaintiff's letters and said it would investigate the charge. *See* Exhibit B – Defendant's Letter.

15. Following Defendant's receipt of Plaintiff's cease and desist letter, Defendant sent another collection letter, dated July 29, 2011, indicating Plaintiff owed the alleged debt. This letter expressly stated, "Please call (800) 425-4261 for payment arrangements." *See* Exhibit C – Defendant's Collection Letter.

16. Further, on August 4, 2011, August 5, 2011, August 10, 2011 and August 24, 2011, Defendant placed collection calls to Plaintiff's personal cell phone at 678-478-8575, in violation of Plaintiff's cease and desist demand.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following: Defendant violated *§1692c(c)* of the FDCPA by contacting Plaintiff after receiving written notification that Plaintiff wants Defendant to cease communication.

WHEREFORE, Plaintiff, ROBERT BROCK, respectfully requests judgment be entered against Defendant, SYNDICATED OFFICE SYSTEMS, INC. D/B/A CENTRAL FINANCIAL CONTROL, for the following:

18. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: May 4, 2012        By: /s/ Shireen Hormozdi
                                     Shireen Hormozdi, Esq.
                                     Krohn & Moss, Ltd.
                                     10474 Santa Monica Blvd., Suite 401
                                     Los Angeles, CA 90025
                                     Georgia Bar No. 366987

## **DEMAND FOR JURY TRIAL**

      PLEASE TAKE NOTICE that Plaintiff, ROBERT BROCK, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA)

Plaintiff, ROBERT BROCK, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ROBERT BROCK, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Nov 30, 2011
Date

_____
ROBERT BROCK